UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN DEUTSH | § |
| | §  **CIVIL ACTION NO. 1:15-CV-905-SS** |
| **Plaintiff** | § |
| | § |
| VS. | § |
| | § |
| DCW PROPERTIES, LTD. | § |
| | § |
| **Defendant** | § |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and Plaintiff will submit its Notice of Dismissal with Prejudice, pursuant to Rule 41, within 30 days.

DATED: DECEMBER 24, 2014              Respectfully submitted,

                                          By:    /s/ Omar W. Rosales
                                                Omar W. Rosales

                                                **THE ROSALES LAW FIRM, LLC**
                                                WWW.OWROSALES.COM
                                                OMAR W. ROSALES
                                                Federal No. 690697
                                                PO BOX 6429
                                                AUSTIN, TX 78762-6429
                                                (866) 402-8082 Toll-Free
                                                (512) 520-4919 Tel
                                                (512) 309-5360 Fax

CERTIFICATE OF SERVICE

I, Omar W. Rosales, do hereby certify that this NOTICE OF SETTLEMENT was served upon all attorneys of record via the TXW_USDC Electronic Case Filing system on December 24, 2015.

>/s/ Omar W. Rosales
>Omar W. Rosales